# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Case No. 16-CR-14

YOUNIS MOHAMMED AL JAYAB, et al.,

    Defendants.

## ORDER

The parties' joint motion to designate this case as complex is granted. All previously scheduled dates (*see* ECF Nos. 20, 21) are hereby vacated. The court will hold a scheduling conference for all counsel on February 26, 2016, at 9:00 AM in Courtroom 242 of the United States Courthouse, Milwaukee, Wisconsin.

The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial. The court makes this finding because taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendants or the attorneys for the Government the reasonable time necessary for

effective preparation. The period from February 10, 2016, until February 26, 2016, is excluded under the Speedy Trial Act.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 10th day of February, 2016.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge