**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>16-CR-14 |
| DEFENDANT<br>YOUNIS MOHAMMED AL JAYAB, ET AL. | TYPE OF PROCESS<br>PRELIMINARY ORDER |

*2017 FEB -3 P 2:16*

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. MARSHAL MILWAUKEE, WI

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
APPROX. $3,750 USC

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PAUL L. KANTER, AUSA
U.S. ATTORNEY'S OFFICE
517 E. WISCONSIN AVE.
MILWAUKEE, WI 53202

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE SEIZE ITEM

CATS: 14-FBI-008286, 15-FBI-007226, 007227 AND 007228

Signature of Attorney other Originator requesting service on behalf of:
s/Paul L. Kanter, AUSA (+K)   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 414-297-1700
DATE: 1/31/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 89
District to Serve No. 89
Signature of Authorized USMS Deputy or Clerk
Date: 2/3/2017

☒ I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above...

Date: 2/3/2017   Time: 3:08 ☒ pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
Executed, Asset in USMS custody in SADF

ENTERED 2/3/2017 #1 Int

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00