# NOTICE OF FORFEITURE

Notice is hereby given that on January 31, 2017, in the case of United States v. Younis Mohammed Al Jayab, et al., Criminal No. 16-CR-14, the United States District Court for the Eastern District of Wisconsin entered a Preliminary Order of Forfeiture condemning and forfeiting the interests of Younis Mohammed Al Jayab and Samer Mohammed Al Jayab in the following property:

1. Approximately $3,750 in United States currency that the defendants paid to a government agent in exchange for what the defendants believed to be stolen cellular telephones.

The United States hereby gives notice of its intention to dispose of the property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition with the court within thirty (30) days of his receipt of this notice from the government, pursuant to 21 U.S.C. § 853(n)(2). The petition must be filed with the Clerk of the Court, 517 East Wisconsin Avenue, Third Floor, Milwaukee, Wisconsin 53202, and a copy served upon Assistant United States Attorney Scott J. Campbell, 517 East Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202.

The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of right, title or interest in the forfeited property, and any additional facts supporting the petitioner's claim, and the relief sought, pursuant to 21 U.S.C. § 853(n)(3).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United

States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.